**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,          ) | CR-12-364-PHX-GMS (ECV) |
|                                     ) |  |
| Plaintiff,          ) | **ORDER** |
|                                     ) |  |
| vs.                                 ) |  |
|                                     ) |  |
| Joseph N. Gagliano,                 ) |  |
|                                     ) |  |
| Defendant.          ) |  |
|                                     ) |  |

       The Government moves to continue Defendant's "arraignment" on a petition alleging a violation of Defendant's pretrial release conditions. (Doc. 24) Defendant's initial appearance is currently scheduled for November 9, 2012 at 3:00 p.m. before the undersigned Magistrate Judge. The assigned AUSA represents that both counsel and the assigned Pretrial Services Officer, Justin Lauby, have scheduling conflicts, and the United States is conducting an investigation that may result in an additional allegations that Defendant has violated his pretrial release conditions.

       The docket reflects there were deadlines for, *inter alia*, Defendant to enter a plea agreement by November 1, 2012, which Defendant is moving the assigned District Judge to continue to November 15, 2012. (Doc. 23)

       The reasons given by the assigned AUSA do not constitute good cause to reschedule Defendant's initial appearance, especially because this hearing was set on October 19, 2012, over two weeks before the November 9, 2012 hearing, and the Government suspects

Defendant has violated other pretrial release conditions. The Court, however, reluctantly defers to the experienced assigned AUSA's knowledge of the case and Defendant and will grant a short continuance of Defendant's initial appearance that must have a high scheduling priority to Defendant and his counsel.

**IT IS ORDERED** that the Government's Motion to Continue Defendant's initial appearance on a petition alleging a pretrial release violation, doc. 24, is **GRANTED**.

**IT IS FURTHER ORDERED** continuing Defendant's mandatory initial appearance on the petition alleging a pretrial release violation to **Tuesday, November 13, 2012 at 10:30 a.m.** before the undersigned Magistrate Judge. There will be no further continuances of this hearing.

Dated this 5th day of November, 2012.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge